UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRY PAUL HENTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:20-cv-00358-JRS-MJD |
| | ) |
| KIRKLEN Lieutenant, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b).

Date: 4/2/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TERRY PAUL HENTON, JR.
206016
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court